OSCN Found Document:IN RE AMENDMENT OF RULE 7 OF RULES GOVERNING ADMISSION TO THE PRACTICE OF LAW

 

 
 

 
 IN RE AMENDMENT OF RULE 7 OF RULES GOVERNING ADMISSION TO THE PRACTICE OF LAW
2018 OK 86
Case Number: SCBD-6707
Decided: 11/13/2018
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2018 OK 86, __ P.3d __

 

NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

In re: Amendment of Rule Seven of the Rules Governing Admission to the Practice of Law, 5 O.S. Supp. 2018, Ch.1, app 5

ORDER
This matter comes on before this Court upon an Application to Amend Rule Seven of the Rules Governing Admission to the Practice of Law, 5 O.S. Supp. 2018, Ch. 1, app 5. This Court finds that it has jurisdiction over this matter and the Rules are hereby amended as set out in Exhibit A attached hereto effective January 1, 2019.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 13th day of November, 2018.
/S/CHIEF JUSTICE
Combs, C.J., Gurich, V.C.J., Kauger, Winchester, Edmondson, Colbert, Reif, Darby, JJ., concur;
Wyrick, J., dissents.

EXHIBIT A
RULE SEVEN
FEES 
The following non-refundable fees shall be paid to the Board of Bar Examiners at the time of filing of the application:
(a) Registration:
Regular . . . . . . . . . . . . $125
Nunc Pro Tunc . . . . . . . $500
(b) By each applicant for admission upon motion: the sum of $2,000.
(c) By each applicant for admission by examination under Rule Four, Â§1:

FEBRUARY BAR EXAM Application filed on or before:

1 September . . . . .$1,000 1,100
1 October . . . . . . .$1,050 1,150
1 November . . . . .$1,150 1,250
JULY BAR EXAM
Application filed on or before:

1 February . . . . . .$1,000 1,100
1 March . . . . . . . .$1,050 1,150
1 April . . . . . . . . .$1,150 1,250
(d) By each applicant for a Special Temporary Permit under Rule Two, Â§5: the sum of $750.
(e) By each applicant for admission by a Special Temporary Permit under Rule Two, Â§6: the sum of $100. 
(f) For each applicant for a Special Temporary Permit under Rule Two, Â§7, there will not be any fee charged to the applicant.
(g) By each applicant for a Temporary Permit under Rule Nine: $150.
(h) By each applicant for admission by examination other than those under subparagraph (c) hereof:

Â 

FEBRUARY BAR EXAM Application filed on or before:

1 September . . . . $400
1 October . . . . . . .$450
1 November . . . . .$550
JULY BAR EXAM
Application filed on or before:

1 February . . . . . . $400 

1 March . . . . . . . . $450
1 April . . . . . . . . .$550